**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 20-CV-20-24959-CIV-ALTONAGA/Torres**

AISHIA PETERSEN,

    Plaintiff,

v.

ZUMIEZ INC.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, **AISHIA PETERSEN,** by and through undersigned counsel hereby files this Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter. The Stipulation for Dismissal will be filed within 20 days.

Dated this 12th day of January 2021.

> *s/Acacia Barros*
> Attorney for Plaintiff
> ACACIA BARROS, P.A.
> Acacia Barros, Esq.
> FBN: 106277
> 11120 N. Kendall Dr., Suite 201
> Miami, Florida 33176
> Tel: 305-639-8381
> ab@barroslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January 2021 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel David Perez, Esq. at dperez@perkinscoie.com

> *s/Acacia Barros*
> Attorney for Plaintiff
> ACACIA BARROS, P.A.