UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24959-CIV-ALTONAGA/Torres

**AISHIA PETERSEN,**

 Plaintiff,
vs.

**ZUMIEZ INC.,**

 Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Settlement [ECF No. 14], filed on January 12, 2021. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of January, 2021.

                _____
                **CECILIA M. ALTONAGA**
                **UNITED STATES DISTRICT JUDGE**

cc: counsel of record