IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24959-CIV-ALTONAGA/Torres

AISHIA PETERSEN,

  Plaintiff,

v.

ZUMIEZ INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, AISHIA PETERSEN, by and through the undersigned attorney, file this Notice of Voluntary Dismissal with Prejudice and states that the Petition for Permanent Injunctive Relief and all allegations therein are withdrawn and the Plaintiff requests a dismissal of the Petition with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel David Perez, Esq. at dperez@perkinscoie.com

*s/Acacia Barros*
Attorney for Plaintiff
ACACIA BARROS, P.A.
Acacia Barros, Esq.
FBN: 106277
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Tel: 305-639-8381
ab@barroslawfirm.com